IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**JONATHAN LEE RICHES,**
**PATRICK LYNCH and all**
**others similarly situated,**

    **Plaintiffs,**

**v.**                        **CIVIL ACTION NO. 1:08CV71**
                                 **(Judge Keeley)**

**OSBORNE SONNY BOALDS and**
**TIMOTNY HURLEY,**

    **Defendants.**

## ORDER TRANSFERRING CASE

In the interest of judicial economy pursuant to 28 U.S.C. § 137, the Court reassigns this action to the Honorable U.S. District Judge Frederick P. Stamp, Jr.

**ORDERED**, this 4th day of February, 2008, by the United States District Court for the Northern District of West Virginia.

DATED: February 4, 2008

                                              /s/ Irene M. Keeley
                                              IRENE M. KEELEY
                                              UNITED STATES DISTRICT JUDGE